MARTIN v. BONCLARKEN ASSEMBLY

No. 91 PC.

No. 26 (Fall Term).

Case below: 35 N.C. App. 489.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 8 May 1978.

MATTHEWS v. LINEBERRY

No. 75 PC.

Case below: 35 N.C. App. 527.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 May 1978.

NASH v. YOUNT

No. 86 PC.

Case below: 35 N.C. App. 661.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 May 1978.

NEIGHBORHOOD ASSOC. v. BD. OF ADJUSTMENT

No. 104 PC.

Case below: 35 N.C. App. 449.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 8 May 1978. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 8 May 1978.

O'GRADY v. BANK

No. 82 PC.

No. 25 (Fall Term).

Case below: 35 N.C. App. 315.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 8 May 1978.